JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JENNIFER CARBINE,

Plaintiff,

v.

DAMASCUS BAKERY OPCO LLC,

Defendant.

Case No. CV 25-11707-MWF(RAOx)

ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

The Court has considered the parties' Joint Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Docket No. 28). The Court GRANTS the Stipulation. This action is hereby DISMISSED with prejudice, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 18, 2026

MICHAEL W. FITZGERALD
United States District Judge